**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMAL FRACTION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26 CV 983 RWS |
| | ) | |
| ST. PATRICK CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before me on pro se Plaintiff Jamal Fraction's Motion for Leave to Proceed in forma pauperis [2], Motion to Amend/Correct Complaint [3], and Motion for Status Update [4]. For the reasons set forth below, Fraction's motion to proceed in forma pauperis and his motion to amend/correct his complaint are granted.

Upon review of the financial information provided in Fraction's motion to proceed in forma pauperis, I find he is unable to pay the required filing fee. *See* 28 U.S.C. § 1915. Fraction represents that he is unhoused, unemployed, and has no income, cash, money in any bank accounts, assets, or expenses. Because Fraction is proceeding pro se and leave to amend a complaint should be granted freely, I will grant Fraction's motion to file his amended complaint. *See, e.g.*, *In re Hutchinson Tech., Inc. Sec. Litig.*, 536 F.3d 952, 962 (8th Cir. 2008) ("Leave to

amend should be granted freely when justice so requires.”). Additionally, I find that Defendants will not be prejudiced by the filing of Fraction’s amended complaint at this early stage of the litigation. *See Bell v. Allstate Life Ins. Co.*, 160 F.3d 452, 454 (8th Cir. 1998) (“Any prejudice to the nonmovant must be weighed against the prejudice to the moving party by not allowing the amendment.”).

Fraction also requests a “status update” regarding his case. Pursuant to 28 U.S.C. § 1915(e)(2), the Court is required to dismiss a complaint filed in forma pauperis if it is frivolous, malicious, or fails to state a claim upon which relief can be granted. The Clerk of Court shall not serve the Defendants in this matter until I conduct my review of Fraction’s amended complaint pursuant to § 1915(e)(2). I will direct the Clerk of Court to email Fraction a copy of the docket sheet and this Order at the email address he provided to the Court.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Jamal Fraction’s Motion for Leave to Proceed in forma pauperis [2] is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff Jamal Fraction’s Motion to Amend/Correct Complaint [3] is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff Jamal Fraction’s Motion for Status Update [4] is **GRANTED.** The Clerk of Court shall email Fraction a copy of the docket sheet and this Order at the email address he provided to the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court shall not serve the Defendants in this matter until I conduct a review of Fraction's amended complaint pursuant to 28 U.S.C. § 1915(e)(2).

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of November, 2026.